

FILED
CLERK, U.S. DISTRICT COURT

MAR - 6 2026

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANGEL HERNANDEZ, <br><br> Defendant. | Case No.   CR 24-429-JAK <br><br><br> ORDER OF DETENTION <br><br> [Fed. R. Crim. P. 31.1(a)(6); <br> 18 U.S.C. § 3143(a)(1)] |

## I.

On March 6, 2026, Defendant Angel Hernandez made his initial appearance in this district on the bench warrant issued on September 11, 2025, following Defendant's failure to appear for a revocation of supervised release hearing scheduled for September 4, 2025.  Deputy Federal Public Defender Aden Kahssai was appointed to represent Defendant.  The Government was represented by Assistant United States Attorney Jun Nam.  Defendant submitted on the recommendation of detention in the Report prepared by U.S. Probation and Pre-trial Services.

## II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest on the bench warrant for failure to appear,

The Court finds that :

A.     Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

☒  allegations underlying the bench warrant: failure to appear

☒  history of non compliance while on supervised release  which includes use of controlled substances, failures to report and being present in a location associated with a gang.

☒  no available bail resources.

☒  use of multiple aliases, monikers, and false identification

B.  Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

☒     allegations re non-compliance (see above)

☒     alleged gang membership

☒     extensive criminal history

☒     history of substance abuse

### III.

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: March 6, 2026

_____/s/_____

ALKA SAGAR

UNITED STATES MAGISTRATE JUDGE
